No. D-871.   IN RE DISBARMENT OF PRICE.   Disbarment entered.   [For earlier order herein, see 494 U. S. 1002.]

No. D-885.   IN RE DISBARMENT OF SANDERS.   Disbarment order amended.   [See 495 U. S. 954.]

No. D-895.   IN RE DISBARMENT OF DINEFF.   Disbarment entered.   [For earlier order herein, see 495 U. S. 902.]

No. D-913.   IN RE DISBARMENT OF WILLIAMS.   It is ordered that Isaiah White Williams, of St. Petersburg, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-914.   IN RE DISBARMENT OF WATKINS.   It is ordered that William W. Watkins, Sr., of Columbia, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 89-1391.   RUST ET AL. v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES; and

No. 89-1392.   NEW YORK ET AL. v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 2d Cir.   [Certiorari granted, 495 U. S. 956.]   Motion of Alan Ernest for leave to represent children unborn and born alive denied.   Motion of Legal Defense for Unborn Children for leave to file a brief as *amicus curiae* denied.

No. 89-5900.   RUST v. GUNTER ET AL., 496 U. S. 914.   Motion of Alvin J. Bronstein for reimbursement of travel expenses granted.

No. 89-7347.   IN RE BROOKS.   Petition for writ of prohibition denied.

No. 89-1500.   BUSINESS GUIDES, INC. v. CHROMATIC COMMUNICATIONS ENTERPRISES, INC., ET AL.   C. A. 9th Cir.   Certiorari granted.

No. 89-1541.   DOLE, SECRETARY OF LABOR v. OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION ET AL.   C. A. 10th Cir.   Certiorari granted.